**AVENTIS PHARMA S.A. and Aventis Pharmaceuticals Inc., Plaintiffs–Appellants,**

v.

**SANDOZ, INC., Defendant–Appellee.**

Nos. 2008–1560, 2008–1563, 2008–1591.

United States Court of Appeals, Federal Circuit.

May 20, 2009.

*ORDER*

Aventis Pharma S.A., et al. move unopposed to dismiss these appeals. Sandoz,

Inc. moves to renew its motion for attorney fees and costs.

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) The motion for fees and costs is denied.

(3) Each party shall bear its own costs.